No. 475. THOMAS, ADMINISTRATRIX, *v.* CHESAPEAKE & OHIO RAILWAY CO. C. A. 4th Cir. Certiorari denied. *Bernard M. Savage* and *William L. Parker* for petitioner. *Strother Hynes* for respondent. ▮

No. 477. L. A. GOODMAN MANUFACTURING Co. *v.* BORKLAND. Appellate Court of Illinois, First District. Certiorari denied. *Lloyd D. Heth* for petitioner. *Harold A. Smith* for respondent. ▮

No. 478. CENTRAL FRUIT & VEGETABLE CO. ET AL. *v.* ASSOCIATED FRUIT DISTRIBUTORS OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. *J. Manuel Hoppenstein* for petitioners. ▮

No. 479. CHRYSLER CORPORATION *v.* KANATSER. C. A. 10th Cir. Certiorari denied. *David A. Richardson* for petitioner. ▮

No. 484. OKLAHOMA CONTRACTING Co., INC. *v.* MAGNOLIA PIPE LINE CO. C. A. 5th Cir. Certiorari denied. *O. R. McGuire* and *William S. Campbell* for petitioner. *Earl A. Brown, Chas. B. Wallace* and *John E. McClure* for respondent. ▮

No. 486. ADVERTISERS EXCHANGE, INC. *v.* HINKLEY, DOING BUSINESS AS HINKLEY SELF SERVICE GROCERY. C. A. 8th Cir. Certiorari denied. *Louis Fieldman* for petitioner. ▮

No. 365. DRAGNA *v.* CALIFORNIA. Appellate Department of the Superior Court of California, County of Los Angeles. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should